UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY RILL, on behalf of himself and others
similarly situated,

           Plaintiff,

-vs-                                                    Case No. 2:09-cv-797-FtM-99SPC

NOEL'S PAINTING, INC., doing business as Noel
Painting,

           Defendant.
_____

**ORDER**

This matter comes before the Court on the Plaintiff, Jerry Rill's Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment Following Sixty (60) Day Discovery Period on the Issue of FLSA Jurisdiction (Doc. #24) filed on July 7, 2010. Pursuant to Local Rule 3.01(g), the Plaintiff conferred with the Defendant who does not oppose the requested relief.

On June 24, 2010, the Defendant filed a Motion for Summary Judgment moving to dismiss the Complaint for lack of jurisdiction under the FLSA. The Plaintiff moves the Court for sixty days to conduct discovery into the Court's jurisdiction and to file his response to the Motion for Summary Judgment. The Motion being unopposed, the Court will allow the extension of time to file a response.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Jerry Rill's Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment Following Sixty (60) Day Discovery Period on the Issue of FLSA Jurisdiction (Doc. #24) is **GRANTED**. The Plaintiff has up to and including **September 7, 2010**, to conduct jurisdictional discovery and to file his response to the Defendant's Motion for Summary Judgment.

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record